UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | § § § | |
| vs. | § § § § | No.: SA:25-M -00655(1) |
| (1) MATEI LEANN BASS<br>*Defendant* | | |

## ORDER SETTING IDENTITY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for 09:30 AM, in Courtroom A, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on Wednesday, May 07, 2025.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to Defendant, counsel for Defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office. Further, counsel for Defendant shall notify the defendant of this setting. If the defendant is on bond, Defendant shall be present for the hearing.

**IT IS SO ORDERED** this 25th day of April, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **WAIVER OF RULE 5 HEARINGS** |
| | § | **(Excluding Probation Cases)** |
| vs. | § | |
| | § | Case Number: SA:25-M -00655(1) |
| **(1) MATEI LEANN BASS** | § | |
| | § | *Ref: 25-MJ-655* |

I **(1) MATEI LEANN BASS**, understand that in the charges are pending alleging violation of _-_ **Indictment** and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim.P., (note: Rule 20 is NOT applicable to Revocation of (a)Terms of Supervised Release, (b)Probation, (c)Parole, or (d)Bond proceedings) in order to to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) Identity Hearing

( ) Preliminary Examination

( ) Identity Hearing and I have been informed I have no right to a Preliminary Examination

( ) Identity Hearing but request a Preliminary Examination be held in the prosecuting district

and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____                    _____
*Date*                                             *Defendant*

                                                   _____
                                                   *Defense Counsel*