**FILED**
April 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AC_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| *Plaintiff* | § | Case No: SA:25-M -00655(1) |
| vs. | § | |
| | § | *Ref: CR-25-148* |
| (1) Matei Leann Bass | § | |
| *Defendant* | | |

## ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

__(1) Matei Leann Bass_____ , charged in a proceeding pending in the

__Western District of Oklahoma_____

for _____

**Indictment**

and having been arrested in the Western District of Texas, San Antonio Division;

YOU ARE HEREBY COMMANDED to remove __(1) Matei Leann Bass__ forthwith to the __Western District of Oklahoma_____, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

ORDERED at SAN ANTONIO, Texas on **April 30, 2025**.

_____
ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE